OPINION — AG — ** PROPERTY TAX — AD VALOREM — MANUFACTURED HOMES ** THE PROPERTY TAX RELIEF PROVIDED IN 68 O.S. 5001 [68-5001] ET SEQ., AS AMENDED, APPLIES TO AN OTHERWISE ELIGIBLE INDIVIDUAL, WHO OWNS AND OCCUPIES A MANUFACTURED HOME LOCATED ON LAND OWNED BY ANOTHER. (MOBILE HOMES, PERSONAL PROPERTY, TAX RELIEF, DIRECT TAX CREDIT, REAL PROPERTY, REAL ESTATE) CITE: 68 O.S. 2404 [68-2404] 68 O.S. 5001 [68-5001] [68-5001], 68 O.S. 5001 [68-5001](3), 68 O.S. 5001 [68-5001] [68-5001](6), 68 O.S. 5004 [68-5004](A), 68 O.S. 5009 [68-5009] [68-5009], 68 O.S. 5003 [68-5003], 68 O.S. 24410 [68-24410] [68-24410] (PATRICIA M. GERRITY)